JAMES L. ARMSTRONG *v.* EVELYN A. GARNEAU

The motion by the defendant to set aside the judgment of the trial court in the appeal from the Court of Common Pleas in Hartford County is dismissed.

*William F. Gallagher,* for the appellee (plaintiff).

No appearance for the appellant (defendant).

Argued May 2—decided May 2, 1972

STATE OF CONNECTICUT *v.* DARRELL CHAPNICK

The petition by the defendant for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Benjamin M. Chapnick,* in support of the petition.

*Milton A. Fishman,* in opposition.